IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **KELVIN CARVER JOHNSON,** | 2:07-CV-1451 FCD DAD P |
| Plaintiff, | **ORDER** |
| v. | |
| **D. K. SISTO, et al.,** | |
| Defendants. | |

Defendants have filed a request for an extension of time to file an initial responsive pleading to plaintiff's complaint. Good cause appearing, IT IS HEREBY ORDERED that Defendants have a thirty-day extension of time to file their initial response to plaintiff's complaint, up to and including February 7, 2008.

DATED: January 8, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

/john1451.36