IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KELVIN CARVER JOHNSON,

     Plaintiff,                    No. CIV S-07-1451 FCD DAD P

     vs.

D.K. SISTO, et al.,

     Defendants.           ORDER

_____/

        Plaintiff has filed a request for an extension of time to file "more presentable" objections to the court's August 26, 2008 findings and recommendations. Plaintiff has also filed twelve handwritten pages of objections.

        Plaintiff is advised that the purpose of filing objections to a magistrate judge's findings and recommendations is merely to identify the portions of the findings and recommendations to which objection is made and the basis of the objection. The assigned district judge will conduct a de novo review of all portions of the findings and recommendations to which objections are made. The purpose of such objections is not to provide the parties an opportunity to conduct additional research and present new arguments that were not included in the motion heard by the assigned magistrate judge.

/////

1  Plaintiff is advised that he need not type his objections.  Plaintiff's objections are
2  legible and appear thorough.  Plaintiff's objections also appear to satisfy the purpose of filing
3  objections to a magistrate judge's findings and recommendations.  Accordingly, plaintiff's
4  request for an extension of time will be denied as unnecessary.
5  In accordance with the above, IT IS HEREBY ORDERED that plaintiff's
6  September 9, 2008 request for an extension of time (Doc. No. 23) is denied as unnecessary.
7  DATED: September 16, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
john1451.36d